Dismissed and Memorandum Opinion filed July 29, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00397-CR

____________

 

CHARLES W. LEWIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause No. 1241489

 



 

MEMORANDUM
OPINION

Appellant entered a guilty plea to aggravated robbery with a
deadly weapon.  In accordance with the terms of a plea bargain agreement with
the State, the trial court sentenced appellant on March 23, 2010, to
confinement for fifteen years in the Institutional Division of the Texas
Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We
dismiss the appeal. 

The trial court entered a certification of the defendant’s
right to appeal in which the court certified that this is a plea bargain case,
and the defendant has no right of appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court’s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The record supports the
trial court’s certification.  See Dears v. State, 154 S.W.3d 610, 615
(Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.

Do Not Publish C Tex. R. App. P. 47.2(b).